# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600427**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## LIONEL E. GILMAN
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding Officer, 3d Battalion, 3d
Marines, 3d Marine Division, (-) (REIN), Marine Corps Base, HI.
Staff Judge Advocate's Recommendation: Captain Justin D. Petty,
USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 27 April 2017

———————————————

Before CAMPBELL, HUTCHISON, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court